# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00223-CV

**In re Joe Jones**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## O R D E R

**PER CURIAM**

Relator Joe Jones has filed a petition for writ of mandamus and motion for emergency relief from the trial court's ruling requiring Jones to appear for deposition on April 15, 2014 and produce documents. *See* Tex. R. App. P. 52.8, 52.10. Because the trial court orally ruled on the matters before us during a hearing held on April 3, 2014, we are unable to review the merits of Jones's request for relief without the reporter's record from this hearing. Accordingly, we grant relator's motion for emergency relief and stay the trial court's ruling, including any requirement that Jones appear and provide testimony or produce documents, pending further order of this Court. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 18, 2014.

It is so ordered April 11, 2014.

Before Justices Puryear, Goodwin, and Field